# United States Court of Appeals
## For the First Circuit

---

No. 05-2469

UNITED STATES,

Appellee,

v.

ERNESTO CIRILO-MUÑOZ, a/k/a Nesty,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on October 2, 2007, is amended as follows:

On p.17, line 4, "baby boy" should be "baby girl."

On p.18, line 22, "this bloody clothes" should be "his bloody clothes."

On p.20, line 6 of footnote 18, "Agents Medina and Page's 302 Report" should be "Agents Medina and Pages' 302 Report."

On p.24, line 3 of footnote 35, "of just to Saúl" should be "or just to Saúl."

On p.33, line 6 of footnote 61, "Mejías and Tony in the Suzuki" should be "Mejías and Saúl in the Suzuki."

On p.45, line 9, "How it can be argued" should be "How can it be argued."

On p.46, line 13, "on the ground at the results" should be "on the ground that the results."